IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 106 MR WCM

| | |
|---|---|
| DYLAN WIMBERLY, on behalf of his minor child, N.A.W., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| DOLLAR GENERAL CORPORATION and DOLGENCORP, LLC, | ) ) ) |
| Defendant. | ) ) ) |

ORDER

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Jean Sutton Martin. The Motion indicates that Ms. Martin, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Steven E. Nauman, who the Motion represents as being a member in good standing of the Bar of the State of Florida. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 3) and **ADMITS** Steven E. Nauman to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 1, 2020

W. Carleton Metcalf
United States Magistrate Judge