IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 106 MR WCM

| | |
|---|---|
| DYLAN WIMBERLY, *on behalf of his minor child, other* N.A.W., <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR GENERAL CORPORATION and DOLGENCORP, LLC <br><br> Defendants. | ORDER |

On July 30, 2020, the Court temporarily stayed the requirement that the parties conduct an initial attorney's conference pending filing of a third-party complaint and joinder of issues as to the third-party defendant. Doc. 16.

Defendants filed their Third-Party Complaint against Cudlie Accessories, LLC on July 31, 2020. Doc. 17.

On October 5, 2020, Defendants filed a Notice of Voluntary Dismissal of the third-party complaint. Doc. 19.

**IT IS THEREFORE ORDERED THAT**:

1. The temporary stay is **LIFTED**; and,

2. The parties are **DIRECTED** to conduct an Initial Attorneys' Conference pursuant to Local Rule 16.1 within 14 days.

Signed: October 5, 2020

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge