# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CASE NO. 1:20-CV-106-MR-DSC

BRIAN F. DAVIS, as guardian ad litem
for N.A.W., a minor,

    Plaintiff,

v.

DOLLAR GENERAL CORPORATION,
DOLGENCORP, LLC, and CUDLIE
ACCESSORIES LLC,

    Defendants.

## PLAINTIFF'S UNOPPOSED MOTION TO APPROVE SETTLEMENT

Plaintiff Brian F. Davis, as guardian ad litem for N.A.W., a minor, hereby moves the Court to approve the parties' proposed settlement of this case. As more fully explained in Plaintiff's accompanying memorandum of law, the parties' proposed settlement is fair, reasonable, and in N.A.W.'s best interests. Plaintiff's motion is supported by the following exhibits and evidence to be filed under seal:

    Exhibit A:    Confidential Settlement Agreement and Release of All Claims

    Exhibit B:    USAA Annuity Proposal for N.A.W.

    Exhibit C:    USAA Life Insurance Company Rating Flyer

    Exhibit D:    N.A.W.'s Birth Certificate

Exhibit E: Photographs of N.A.W.'s Injury Over Time

Exhibit F: Medical Records from Harris Regional Hospital

Exhibit G: Medical Records from Mission Children's Specialists

Exhibit H: Medical Records from Murphy Medical Center

Exhibit I: Attorney Representation Agreement

Exhibit J: Itemized Expense Report

Exhibit K: North Carolina Medicaid Lien Amount

Affidavit of Brian F. Davis, Guardian ad Litem

Declaration of Steven E. Nauman

Plaintiff additionally submits a proposed Order for the Court's use and consideration, which includes language required by the annuity company.

**WHEREFORE**, Plaintiff Brian F. Davis, as guardian ad litem for N.A.W., a minor, respectfully requests that the Court enter an Order (1) granting the instant motion, (2) approving the parties' settlement as fair, reasonable, and in N.A.W.'s best interests, (3) authorizing Brian F. Davis and N.A.W.'s parents to execute all documents necessary to effecting settlement, and (4) directing such further relief as the Court deems appropriate

Dated: July 30, 2021     Respectfully submitted,

/s/ *Steven E. Nauman*
**STEVEN E. NAUMAN, ESQ.**
State Bar No.: 106126 (admitted *pro hac vice*)

**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com
Secondary Email: mhoilett@forthepeople.com

**JEAN SUTTON MARTIN, ESQ.**
NC Bar No.: 25703
**Morgan & Morgan, P.A.**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 559-4908
Email: jeanmartin@forthepeople.com

*Counsel for Plaintiff*


## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Civil Rule 7.1(b), the undersigned counsel for Plaintiff certifies that he conferred with counsel for Defendants before filing this motion and is authorized to represent that Defendants do not oppose the relief requested herein.

/s/ *Steven E. Nauman*
Steven E. Nauman, Esq.
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2021, the foregoing document was electronically filed with the Clerk of Court for the Western District of North Carolina, Asheville Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Steven E. Nauman*
**STEVEN E. NAUMAN, ESQ.**
State Bar No.: 106126 (admitted *pro hac vice*)
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com
Secondary Email: mhoilett@forthepeople.com
*Counsel for Plaintiff*